

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, | ) ) ) | 07 C 5895 |
| Plaintiffs, | ) | Judge Andersen |
| vs. | ) ) | Magistrate Judge Geraldine Soat Brown |
| | ) ) | |
| PROFESSIONAL TECH COATINGS, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

### AGREED ORDER OF DISMISSAL

This cause, coming to be heard upon the request of the parties, the Court being advised that the parties wish to settle this dispute,

IT IS HEREBY ORDERED:

1. Plaintiffs are TRUSTEES OF CHICAGO PAINTERS AND DECORATORS PENSION TRUST FUND et al, (the "Funds"). The Defendant is PROFESSIONAL TECH COATINGS, INC.., (hereinafter "PRO-TECH"). KELLY KEKATOS is the president of the defendant.

2. The defendant has been served with the Summons and Complaint, has appeared but not answered. The defendant PRO-TECH consents to this court's jurisdiction to enforce this Agreed Order of Dismissal.

3. Without any admission of liability and solely to compromise a disputed claim, Defendant and KELLY KEKATOS have agreed to pay to Plaintiffs the principal sum of THIRTY SEVEN THOUSAND THREE HUNDRED FOUR DOLLARS AND and 41/100 ($37,304.41), and interest, pursuant to the terms of the Installment Note executed by PRO-TECH and KELLY KEKATOS. A copy is attached as Exhibit 1.

4. This Order of Dismissal and note require that defendant and KELLY KEKATOS pay to Plaintiffs, the following amounts: $4,000.00 on or before December 21, 2007 (already received); $14,000.00 on or before January 28, 2008; and $412.08 per month starting on March 1, 2008 and $412.08 on the fifteenth of each month thereafter, with a final payment of $412.08 due on February 15, 2013. Defendant may accelerate payments without incurring any penalties. The parties agree that this Note may be amended by written instrument executed by the Funds, PROFESSIONAL TECH COATINGS, INC., and KELLY KEKATOS.

5. This action is dismissed, provided, however, that in the event that Defendant PRO-TECH and KELLY KEKATOS default on the installment payment schedule as set forth in the attached installment note and as referenced in paragraph 4 above, the Plaintiffs may, with notice, move to reinstate this action for the limited purpose of entering judgment on the unpaid balance due on the note. In the event that no motion to reinstate or motion to extend the time to move to reinstate is filed by March 15, 2013, the dismissal will become final and with prejudice for the amounts referenced in the installment note for the audit period from July 1, 2005 through January 31, 2007. Plaintiffs retain any and all rights to audit for all periods beginning February 1, 2007. Defendant retains any and all rights to assert defenses to any claims for the period beginning February 1, 2007.

Defendant, KELLY KEKATOS and JOHN KEKATOS retain any and all rights to assert claims related to coverage under the Consolidated Omnibus Budget Reconciliation Act of 1986 ("COBRA"), or any other continuation coverage provision and retain their rights to make claims for benefits due under any Plan, Fund, or program maintained by the Chicago Painters and Decorators and the Chicago Painters and Decorators retain any and all rights to assert defenses to any of the claims asserted by defendant, KELLY KEKATOS, and JOHN KEKATOS; and

6. The Court retains jurisdiction to enforce the terms of this Agreed Order of Dismissal.

Enter: _____
Hon. Wayne B. Andersen

Date: March 11, 2008

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312)236-0415

MICHAEL TOMASEK
UNGARETTI & HARRIS
70 West Madison, Suite 3500
Chicago, IL 60602
(312)977-4462